UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
February 21, 2003
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

SECURITIES AND EXCHANGE COMMISSION

       v.    CASE NUMBER: CIV S-03-0261 WBS DAD

MOLLER INTERNATIONAL, INC and
PAUL S. MOLLER

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

  **THAT JUDGMENT IS HEREBY ENTERED AS TO DEFENDANT PAUL S. MOLLER IN ACCORDANCE WITH THE COURT'S ORDER OF FEBRUARY 21, 2003.**

                 Jack L. Wagner,
                 Clerk of the Court

ENTERED: February 21, 2003

                 by: [signature]

9

daw

United States District Court
for the
Eastern District of California
February 21, 2003

* * CERTIFICATE OF SERVICE * *

2:03-cv-00261

SEC

    v.

Moller International

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  February 21, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Marshall Gandy                                          SH/WBS
PRO HAC VICE
US Securities and Exchange Commission                   PB/DAD
Burnett Plaza Suite 1900
801 Cherry Street
Unit 18
Fort Worth, TX  76102-6882

Craig G Christensen
Christensen Law Group
Douglas Corporate Center
3017 Douglas Boulevard
Suite 300
Roseville, CA  95661
```

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk