UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 21, 2003
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

JUDGMENT IN A CIVIL CASE

SECURITIES AND EXCHANGE COMMISSION

        v.        CASE NUMBER: CIV S-03-0261 WBS DAD

MOLLER INTERNATIONAL, INC and
PAUL S. MOLLER

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED AS TO DEFENDANT MOLLER INTERNATIONAL, INC. IN ACCORDANCE WITH THE COURT'S ORDER OF FEBRUARY 21, 2003.**

Jack L. Wagner,
Clerk of the Court

ENTERED:   February 21, 2003

by: *[signature]*

10

```
                                                              daw
                      United States District Court
                               for the
                      Eastern District of California
                           February 21, 2003


                     * * CERTIFICATE OF SERVICE * *


                                          2:03-cv-00261


     SEC

         v.

     Moller International


     _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  February 21, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Marshall Gandy                                    SH/WBS
         PRO HAC VICE
         US Securities and Exchange Commission             PB/DAD
         Burnett Plaza Suite 1900
         801 Cherry Street
         Unit 18
         Fort Worth, TX   76102-6882

         Craig G Christensen
         Christensen Law Group
         Douglas Corporate Center
         3017 Douglas Boulevard
         Suite 300
         Roseville, CA   95661




                                              Jack L. Wagner, Clerk

                                          BY: _____
                                              Deputy Clerk
```